**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03004-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

Q ILI-YAAS HAAKEEM FARRAKHAN-MUHAMMAD,[1]

    Applicant,

v.

J. OLIVER, FCC Warden,
PAUL M. LAIRD, BOP-North Central Regional Office Director, and
F. CARDOVA, ADX-NC-C/AHSA,

    Respondents.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

On November 5, 2014, Applicant submitted a pleading titled, "Application for a Writ of Mandamus Pursuant to 28 U.S.C. 1361."  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)    _X_   is not submitted

---

[1] The Court notes that Mr. Q Ili-Yaas Haakeem Farrakhan-Muhammad, Inmate Register # 02791-088 is the same person as Christopher Mitchell, C. Eli-Jah Hakeem Muhammad, Elijah Hakeem Muhammad, and Caliph Ili-Yas Az-Hakeem Muhammad.  The Court further notes that Applicant is subject to 28 U.S.C. 1915(g) filing restrictions.

(2)  \_\_       is missing affidavit
(3)  _X_      is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)  \_\_       is missing certificate showing current balance in prison account
(5)  \_\_       is missing required financial information
(6)  _X_      is missing authorization to calculate and disburse filing fee payments
(7)  \_\_       is missing an original signature by the prisoner
(8)  \_\_       is not on proper form
(9)  \_\_       names in caption do not match names in caption of complaint, petition or habeas application
(10) \_\_     other:

**Complaint, Petition or Application**:

(11) \_\_     is not submitted
(12) _X_    is not on proper form
(13) \_\_     is missing an original signature by the prisoner
(14) \_\_     is missing page nos. \_\_
(15) \_\_     uses et al. instead of listing all parties in caption
(16) \_\_     names in caption do not match names in text
(17) \_\_     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) \_\_     other:

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Applicant files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Applicant shall obtain the Prisoner Complaint form and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice. It is

FURTHER ORDERED that the Clerk of the Court is directed to cross-reference Applicant's name with each of the names listed in Footnote # 1 of this Order.

DATED November 6, 2014, at Denver, Colorado.

                    BY THE COURT:

                    s/ Boyd N. Boland
                    United States Magistrate Judge